02-10-375-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


NO. 02-10-00375-CV

 

 


 
 
 BNSF Railway Company
 
 
  
 
 
 APPELLANT
 AND APPELLEE
 
 
 
 
  
 V.
  
 
 
 
 
 Ronald Nichols
 
 
  
 
 
 APPELLEE
 AND APPELLANT
 
 


 

 

------------

 

FROM THE 17th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Cross-Appellant's Agreed Motion To Dismiss Cross-Appeal.”  It
is the court=s opinion that the motion should be
granted; therefore, we dismiss the appeal of cross-appellant Ronald Nichols.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs
of the cross-appeal shall be paid by cross-appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

PER
CURIAM

PANEL: 
LIVINGSTON,
C.J.; DAUPHINOT and GARDNER, JJ.

 

DELIVERED:
 April 21, 2011









[1]See
Tex. R. App. P. 47.4.